**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Robert Francis BRICKER, a.k.a.
Stratocon, Defendant–
Appellant.**

**No. 08–16897
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 9, 2009.

Before DUBINA, Chief Judge, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

W. Charles Fletcher, appointed counsel for Robert Francis Bricker in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bricker's conviction and sentence are **AFFIRMED.**